# Activity in Case 3:21-cv-00210-MMD-CSD Robinson v. Naughton Minute Order regarding Requirements of Klingele

cmecf@nvd.uscourts.gov <cmecf@nvd.uscourts.gov>
Thu 10/20/2022 6:49 AM

To: cmecfhelpdesk@nvd.uscourts.gov <cmecfhelpdesk@nvd.uscourts.gov>

**WARNING** - This email originated from outside the State of Nevada. Exercise caution when opening attachments or clicking links, especially from unknown senders.

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## United States District Court

## District of Nevada

**Notice of Electronic Filing**

The following transaction was entered on 10/20/2022 at 6:48 AM PDT and filed on 10/20/2022
**Case Name:**      Robinson v. Naughton
**Case Number:**    3:21-cv-00210-MMD-CSD
**Filer:**
**Document Number:** 18

RTS
CTRMC

**Docket Text:**
MINUTE ORDER IN CHAMBERS of the Honorable Chief Judge Miranda M. Du on 10/20/2022. Regarding the Requirements of *Klingele v. Eikenberry* and *Rand v. Rowland* as to ECF No. [17] Motion for Summary Judgment. Opposition due 21 days from the date of this Minute Order, and reply due 14 days after the filing of the opposition. (Copies have been distributed pursuant to the NEF - DRM)

**3:21-cv-00210-MMD-CSD Notice has been electronically mailed to:**

Northern Nevada Correctional Center   nncclawlibrary@doc.nv.gov

John Christopher Dorame   cfondi@ag.nv.gov, challer@ag.nv.gov, jdorame@ag.nv.gov

**3:21-cv-00210-MMD-CSD Notice has been delivered by other means to:**