Kelly H. Dove, NV Bar No. 10569
Molly Stubblefield, NV Bar No. 16993
SNELL & WILMER L.L.P.
1700 South Pavilion Center Dr., Suite 700
Las Vegas, Nevada 89135-1865
Telephone:     702.784.5200
Facsimile:     702.784.5252
Email: kdove@swlaw.com
        mstubblefield@swlaw.com

*Pro Bono Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARYON ROBINSON,<br><br>                    Plaintiff,<br><br>vs.<br><br>DR. MARTIN NAUGHTON, et al.,<br><br>                  Defendant. | Case No.: 3:21-cv-00210-MMD-CSD<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO SUBMIT JOINT PROPOSED PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rule of Civil Procedure 7.3, Plaintiff Daryon Robinson and Defendant Dr. Martin Naughton (collectively, the "Parties") hereby jointly stipulate and request that the Parties' deadline to file their joint proposed pretrial order be extended thirty (30) days from its current date of December 31, 2025 to January 30, 2026. The Parties have not previously requested an extension concerning their Joint Proposed Pretrial Order.

The reason for the requested extension is that the settlement conference was continued from December 3, 2025, to January 21, 2026 to allow the exchange of additional information. In light of this continuance, the Parties jointly stipulate and request that the deadline be extended so that they may focus their efforts on potential settlement and not expend resources on a Joint Pretrial Order that may prove to be unnecessary. This stipulation is made in good faith and not for the purposes of delay.

///

///

4915-2439-4371

**IT IS SO STIPULATED.**

Dated:  December 17, 2025.     SNELL & WILMER LLP

By: /s/ Kelly H. Dove
    Kelly H. Dove (NV Bar No. 10569)
    Molly Stubblefield (NV Bar No. 16993)
    1700 South Pavilion Center Dr., Suite 700
    Las Vegas, NV 89135

    *Pro Bono Attorneys for Plaintiff*

Dated:  December 17, 2025.     OFFICE OF THE ATTORNEY GENERAL

By: /s/ Douglas R. Rands
    Douglas R. Rands (NV Bar No. 3572)
    Senior Deputy Attorney General
    100 North Carson Street
    Carson City, NV 89701

    *Attorney for Defendant*

2

4915-2439-4371

**ORDER**

Having considered the foregoing Stipulation between the Parties, and good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation is approved; and the Court **ORDERS** that the deadline to file the Proposed Joint Pretrial Order be extended thirty (30) days, from December 31, 2025 to January 30, 2026.

**IT IS SO ORDERED.**

DATED: December 18, 2025

_____
DISTRICT COURT JUDGE

3

4915-2439-4371

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On December 17, 2025, I caused to be served a true and correct copy of the foregoing **STIPULATION & ORDER TO EXTEND DEADLINE TO SUBMIT JOINT PROPOSED PRETRIAL ORDER** upon the following by the method indicated:

_____  **BY E-MAIL:** Pursuant to EDCR Rule 7.26(a), by transmitting via e-mail the document(s) listed above to the e-mail addresses set forth below and/or included on the Court's Service List for the above-referenced case.

_____  **BY U.S. MAIL:** Pursuant to EDCR Rule 7.26(a), by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

_____  **BY U.S. CERTIFIED MAIL, RETURN RECEIPT REQUESTED:** Pursuant to EDCR Rule 7.26(a), by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

__X__  **BY ELECTRONIC FILING & ELECTRONIC SERVICE:** Pursuant to NRCP 5(b) and Administrative Order 14-2, by submitting to the above-entitled Court for electronic filing and service upon the Court's e-service list for the above-referenced case.

_____  **BY ELECTRONIC SERVICE ONLY:** Pursuant to NRCP 5(b) and Administrative Order 14-2, by submitting to the above-entitled Court for electronic service upon the following Court's e-service list for the above-referenced case:

Dated:  December 17, 2025      */s/ Lisa M. Noltie*
                                An Employee of SNELL & WILMER L.L.P.

4

4915-2439-4371