**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

DAYON ROBINSON,

                Plaintiff,

  v.

DR. NAUGHTON, et al.,

                Defendants.

3:21-cv-00210-ART-CSD

**ORDER**

On April 2, 2026, Defendant filed a status report regarding the settlement reached on January 21, 2026 (ECF No. 62), requesting additional time to file the stipulation to dismiss. (ECF No. 64.)

**IT IS HEREBY ORDERED** that the parties shall have to and including **Friday, April 24, 2026**, to submit their Stipulation and Order for Dismissal.

DATED:  April 3, 2026.

_____
Craig S. Denney
United States Magistrate Judge