AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendant*
*Martin Naughton*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

|  |  |
|---|---|
| DARYON ROBINSON,<br><br>                         Plaintiff,<br><br>v.<br><br>DR. NAUGHTON, *et al,*<br><br>                         Defendants. | Case No. 3:21-cv-00210-MMD-CSD<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff, Daryon Robinson (Plaintiff) by and through counsel, SNELL & WILMER, L.L.P., Kelly Dove and Molly Stubblefield and Defendant, Martin Naughton ("Defendant"), by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 6th day of May, 2026         DATED this 6th day of May, 2026

SNELL & WILMER, L.L.P.                        AARON D. FORD

By: */s/ Molly Stubblefield*                    By: */s/ Douglas R. Rands*
    Kelly Dove, Esq. Bar No. 10569              DOUGLAS R. RANDS Bar No. 3572
    Molly Stubblefield, Esq. Bar No. 16993      Senior Deputy Attorney General
    *Attorneys for Plaintiff*                   *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** _____May 6, 2026_____

1